IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ODELL GENE GOLDEN | § | |
| | § | CIVIL ACTION NO. 1:14-CV-300 |
| C. DANIELS, *et al.*, | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Odell Gene Golden, a prisoner currently confined at FCI Oakdale II, proceeding *pro se* and *in forma pauperis*, filed this *Bivens*-type complaint against defendants C. Daniels, Warden, FNU Kizziah, Warden, FNU Carasco and C. Jones.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends granting defendants' motion for summary judgment for failure to exhaust administrative remedies.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record, and pleadings. No objections to the Report and Recommendation of United States Magistrate Judge were filed by the parties.[1]

---

[1] A copy of the Report and Recommendation was returned as "undeliverable" on August 17, 2018 (docket entry no. 51).

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge is **ADOPTED**. A Final Judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED** this the **29** day of **August, 2018.**

Thad Heartfield
United States District Judge